# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JOE GERALD PAESANO, Defendant. | Case No. 4:20-cr-00096-DN-PK **ORDER REMANDING DEFENDANT TO BOP CUSTODY** |

Upon the Stipulation of the parties filed as docket no. 52, and good cause appearing as recited in the Stipulation,

IT IS HEREBY ORDERED that the Defendant, JOE GERALD PAESANO, is hereby remanded to the Bureau of Prisons for the commencement of his sentence.

Dated: January 5, 2022

David Nuffer
District Court Judge

1